E. W. Brady, Appellee, v. E. B. Marshall, Appellant.
Brady's Stamp Shop., Inc., Appellee.

Gen. No. 40,648.

opinion filed November 27, 1939; rehearing denied December 11, 1939.   Harry C. Diamond and Max Marine, for appellant; Alfred Diamond and Meyer Shapiro, of counsel; Randolph Bohrer, for appellee; Milton J. Fink, of counsel.   Opinion by MR. PRESIDING JUSTICE MATCHETT.   ''Not to be published in full.''